UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAHEEM MUMIN,<br><br>        Petitioner,<br><br>   v.<br><br>BRIAN DUFFY,<br><br>        Respondent. | NO.  CV 14-3891-AGR<br><br>JUDGMENT |

   IT IS ADJUDGED that the Petition in this matter is denied and dismissed with prejudice.

DATED: December 4, 2015

_____
ALICIA G. ROSENBERG
United States Magistrate Judge